COURTROOM DEPUTY MINUTES   DATE: 11-15-2006
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 3:30 – 3:39 pm

- [✓] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB   DEPUTY CLERK: sql

CASE NO.: 1:06mj123-DRB   DEFT. NAME: Brian STANYARD

USA: ~~Clark Morris~~ Snyder   ATTY: ~~Leslie Smith~~ Petersen
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: Wood

Defendant _____ does  ✓ does NOT need an interpreter

Interpreter present ✓ NO _____ YES   NAME: _____

| | | |
|---|---|---|
| [✓] kars. | Date of Arrest 11-14-06 or | [ ] karsr40 |
| [✓] kia. | Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator | |
| [✓] kcnsl. | Deft. First Appearance with Counsel | |
| [ ] | Deft. First Appearance without Counsel | |
| [✓] | Requests appointed Counsel [✓] ORAL MOTION for Appointment of Counsel | |
| [✓] kfinaff. | Financial Affidavit executed [ ] to be obtained by PTSO | |
| [✓] koappted | ORAL ORDER appointing Community Defender Organization - **Notice to be filed.** | |
| [ ] k20appt. | Panel Attorney Appointed; [ ] to be appointed - prepare voucher | |
| [ ] | Deft. Advises he will retain counsel. Has retained _____ | |
| [ ] | Government's ORAL (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion; | |
| [ ] | Government's WRITTEN Motion for Detention Hrg. filed | |
| [✓] kdmhrg. | **Detention Hearing** [ ] held; [✓] set for 11-20-06 at 2:30 pm | |
| [ ] kotempdtn. | ORDER OF TEMPORARY DETENTION PENDING HEARING entered | |
| [ ] kodtn. | ORDER OF DETENTION PENDING TRIAL entered | |
| [ ] kocondrls. | Release order entered. Deft. advised of conditions of release | |
| [ ] kbnd. | [ ] BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR) | |
| | [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered | |
| [✓] kloc.(LC) | Bond NOT executed. Deft to remain in Marshal's custody | |
| [✓] | Preliminary Hearing [✓] Set for 11-20-06 at 2:30 pm | |
| [ ] ko. | Deft. ORDERED REMOVED to originating district | |
| [ ] kwvprl. | Waiver of [ ] preliminary hearing; [ ] kwvr40hrg. (Waiver of R.40 Hearing) | |
| [ ] | Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury. | |
| [ ] karr. | ARRAIGNMENT SET FOR: _____ [ ] HELD. Plea of **NOT GUILTY** entered. | |
| | [ ] Set for _____ Trial Term; [ ] PRETRIAL CONFERENCE DATE: _____ | |
| | DISCOVERY DISCLOSURES DATE: _____ | |
| [ ] krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel | |
| [ ] krmvhrg. | Identity/Removal Hearing set for _____ | |
| [ ] kwvspt | Waiver of Speedy Trial Act Rights Executed | |