# United States District Court

B/M
11/11/83

MIDDLE DISTRICT OF ALABAMA    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

UNITED STATES OF AMERICA

v.

BRIAN STANYARD

WARRANT FOR ARREST

CASE NUMBER: 1:06 cr 123-DKB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**BRIAN STANYARD**__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**knowingly and intentionally possess with intent to distribute
50 grams or more of crack cocaine, a Schedule II Controlled Substance,**

in violation of Title __21__, United States Code, Section(s) __841(a)(1)__.

DELORES R. BOYD
Name of Issuing Officer

_signature_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

November 6, 2006    Montgomery, Alabama
Date and Location

(By) Deputy Clerk

Bail fixed at $_____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/14/06 | Wesley Davis | Debi Brower |

AO 442 (Rev. 5/81) Warrant for Arrest