FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

NOV 16

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 1:06CR269-MHT |
| v. | ) | [21 U.S.C. § 841(a)(1)] |
| | ) | |
| BRIAN STANYARD | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 1st day of November, 2006, in Houston County, within the Middle District of Alabama, the defendant,

BRIAN STANYARD,

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, more commonly referred to as "crack cocaine," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_James Davis Williams_
Foreperson

_Leura G. Canary_
LEURA G. CANARY
United States Attorney

_Clark Morris_
A. CLARK MORRIS
Assistant United States Attorney