# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: 11-20-2006
DIGITAL RECORDING: 2:35 – 2:46 p.m.

- [ ] INITIAL APPEARANCE
- [x] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB
DEPUTY CLERK: sql
CASE NO.: 1:06CR269-MHT
DEFT. NAME: Brian STANYARD
USA: Morris
ATTY: Butler
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (x) CDO
( ) Stand In ONLY
USPTSO/USPO: Thweatt

Defendant _____ does __✓__ does NOT need an interpreter
Interpreter present __✓__ NO _____ YES NAME: _____

- kars. Date of Arrest _____ or ☐ karsr40
- kia. Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator
- kcnsl. Deft. First Appearance with Counsel
- Deft. First Appearance without Counsel
- Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel
- kfinaff. Financial Affidavit executed ☐ to be obtained by PTSO
- koappted ORAL ORDER appointing Community Defender Organization - Notice to be filed.
- k20appt. Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- Deft. Advises he will retain counsel. Has retained _____
- Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- Government's WRITTEN Motion for Detention Hrg. filed.
- kdmhrg. Detention Hearing ☐ held; ☐ set for _____
- kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- kodtn. ORDER OF DETENTION PENDING TRIAL entered
- [x] kocondrls. Release order entered. Deft. advised of conditions of release
- kbnd. ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
- ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- kloc.(LC) Bond NOT executed. Deft to remain in Marshal's custody
- Preliminary Hearing ☐ Set for _____
- ko. Deft. ORDERED REMOVED to originating district
- kwvprl. Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing)
- Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- karr. ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of NOT GUILTY entered.
- ☐Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
- DISCOVERY DISCLOSURES DATE: _____
- krmknn. NOTICE to retained Criminal Defense Attorney handed to Counsel
- krmvhrg. Identity/Removal Hearing set for _____
- kwvspt Waiver of Speedy Trial Act Rights Executed

Oral arg/Dismiss Gov't Motion, Oral Order, Printing