IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:06-cr-269-MHT-DRB |
| | ) | [#:06MJ123] |
| BRIAN STANYARD | ) | |

## ORDER ON MOTIONS

At the scheduled hearing on the *Government's Motion for Detention Hearing* (Doc. 3, filed November 15, 2006), the United States orally moved to WITHDRAW its previously filed motion for detention, upon consideration of the pretrial services' report. It is, therefore,

**ORDERED** that the oral motion to withdraw is hereby GRANTED with the effect that the *Motion for Detention Hearing* (Doc 3) is WITHDRAWN and thereby shall be terminated on the Clerk's records.

Upon notice of the Defendant's indictment on November 16, 2006, the *preliminary hearing is cancelled as moot.*

It is further **ORDERED that the Defendant appear in District Courtroom 4A on November 29, 2006, at 10:00 a.m. for his initial appearance and arraignment** on the Indictment.

Done this 21st day of November, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE