**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 11/29/2006

DIGITAL RECORDING: 10:03—10:09 am

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☒ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd
DEPUTY CLERK: S. Q. Long, Jr.

CASE NO.: 1:06cr269-MHT-W
DEFT. NAME: BRIAN STANYARD

USA: Morris
ATTY: Butler
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: _____

Defendant ____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ____ YES   NAME: _____

- ☐ kars.   Date of Arrest _____ or ☐ karsr40
- ☐ kia.    Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ☐ kcnsl.  Deft. First Appearance with Counsel
- ☐        Deft. First Appearance without Counsel
- ☐        Requests appointed Counsel   ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff. Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt. Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐        Deft. Advises he will retain counsel. Has retained _____
- ☐        Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐        Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg. Detention Hearing ☐ held; ☐ set for _____
- ☐ kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.  ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. Release order entered. Deft. advised of conditions of release
- ☐ kbnd.   ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
           ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC) Bond NOT executed. Deft to remain in Marshal's custody
- ☐        Preliminary Hearing ☐ Set for _____
- ☐ ko.    Deft. ORDERED REMOVED to originating district
- ☐ kwvprl. Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐        Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☒ karr.  ARRAIGNMENT SET FOR: _____ ☒ HELD. Plea of **NOT GUILTY** entered ✓
           ☒ Set for 2-5-07 Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
           DISCOVERY DISCLOSURES DATE: 11-29-06
- ☐ krmknn. NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- ☐ kwvspt  **Waiver of Speedy Trial Act Rights Executed**