| COURTROOM DEPUTY'S MINUTES | DATE: December 18, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 3:47 - 3:50 |

## PRETRIAL CONFERENCE

| PRESIDING MAG. JUDGE. Susan Russ Walker | DEPUTY CLERK: Joyce Taylor |
|---|---|
| CASE NUMBER: 1:06cr269-MHT | DEFENDANT(S) Brian Stanyard |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * * * * * | Kevin Butler |

☐ **DISCOVERY STATUS:**
　　Completed

☐ **PENDING MOTION STATUS:**
　　Defendant has filed motion to suppress
　　Defendant to file motion to continue trial - Government has no objections

☐ **PLEA STATUS:**
　　Notice of intent to change plea to be filed on or before noon on 1/24/07

☐ **TRIAL STATUS**
　　Trial time - 1 ½ days

☐ **REMARKS:**