IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | 1:06cr269-MHT |
| ) | |
| BRIAN STANYARD ) | |

## ORDER

Based upon this court's order setting the trial in the above-styled case for June 4, 2007, and for good cause, it is

ORDERED that the pretrial conference previously scheduled for January 12, 2007 be and hereby is rescheduled for **3:00 p.m. on May 14, 2007** in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

**All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for dispositive motions, which is not extended.**

DONE, this 11th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE