IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-269-MHT |
| | ) | |
| BRIAN STANYARD | ) | |

### O R D E R

Upon consideration of the government's motion for release of prisoner filed on May 14, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Brian Stanyard, to Devin Whittle, DEA, and/or Bruce Little, DEA, and/or Bob Greenwood, DEA, on May 15, 2007, through August 15, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Devin Whittle, DEA, and/or Bruce Little, DEA, and/or Bob Greenwood, DEA, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 14th day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE