IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr269-MHT |
| BRYAN STANYARD | ) | |
| | ) | |

ORDER

It is ORDERED that the motion to seal (Doc. No. 37) is granted.

DONE, this the 18th day of May, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE