IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 1:06cr269-MHT |
| | ) | |
| **BRIAN STANYARD** | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, **BRIAN STANYARD,** by and through undersigned counsel, Kevin L. Butler, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 4th day of September, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | CR. No.: 1:06cr269-MHT |
| | ) | |
| **BRIAN STANYARD** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                                     Respectfully submitted,

                                                     <u>s/ Kevin L. Butler</u>
                                                     KEVIN L. BUTLER
                                                     First Assistant Federal Defender
                                                     201 Monroe Street, Suite 407
                                                     Montgomery, Alabama 36104
                                                     Phone: (334) 834-2099
                                                     Fax: (334) 834-0353
                                                     E-mail: [kevin_butler@fd.org](mailto:kevin_butler@fd.org)
                                                     AZ Bar Code: 014138