IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr269-MHT |
| | ) | |
| BRIAN STANYARD | ) | |

## **ORDER**

Upon consideration of defendant's motion to vacate (Doc. # 46), filed September 6, 2007, and for good cause, it is

ORDERED that the motion is GRANTED. The court's order entered September 5, 2007 (Doc. # 45) hereby is VACATED.

DONE, this 11th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE